IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN BARLOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-cv-947-JPG-SCW |
| | ) |
| PILOT TRAVEL CENTERS, LLC and | ) |
| FLR PROPERTIES, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   October 15, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE